**STATEMENT OF FACTS**

On Friday, October 4, 2024, at around 8:45 p.m., members of the Violent Crime Suppression Division's Robbery Suppression Unit ("RSU") were conducting routine patrol near the intersection of 28th St SE and Gainesville St SE in Washington, D.C. Officers observed two individuals, later identified as JOHN GAINES and JAMES GASKINS (together, the "SUBJECTS") trying to gain access to 2853 28th Street SE. The SUBJECTS appeared to notice officers approaching, and both started to run between 2853 and 2857 28th Street SE toward an alley behind the buildings.

Officers ran after the SUBJECTS. As they were running, Investigator Josue Hernandez-Martinez saw GAINES use his right hand to throw a firearm towards a wooded area across the alley. Investigator Hernandez- Martinez observed the branches in the wooded area moving as if a heavy object was falling. Seconds later, Lieutenant Vicki Steen located the firearm lying in the alley directly underneath the branches that Investigator Hernandez-Martinez had seen moving. The firearm was a black Millennium G2 9mm semi-automatic handgun bearing serial #TFX35297 loaded with 1 round in the chamber and an additional 15 rounds in an 18 round capacity magazine.

Officers stopped GAINES and placed him under arrest. Officers searched GAINES and recovered a 9mm magazine with 12 rounds of ammunition from a cross-body satchel GAINES was wearing. Officers also recovered a silver scale with white residue and a razor blade with white residue from the same cross-body satchel, as well as three small plastic bags commonly referred to as "zips" containing a powder-like substance.

During their search of GAINES, officers recovered keys to a Honda Odyssey. GAINES told officers that the car belonged to his grandmother, who had recently passed away. Officers located the car nearby and searched it. In the car they found a satchel with GASKINS' identification inside. In the satchel with GASKINS' identification, officers found a plastic bag containing 11 green "zips" with a powder-like substance, and a separate rock-like substance broken up into a plastic bag. A portion of the substances were field tested and indicated a positive color reaction for cocaine base.

GAINES was placed under arrest and charged in the Superior Court for the District of Columbia with violating 22 D.C. Code § 4503(a)(1) (unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment exceeding one year) and 22 D.C. Code § 4503.04 (unlawful discarding of a firearm or ammunition). *See* case number 2024 CF2 010031. The case has since been indicted and is scheduled for trial on January 29, 2025. GAINES is detained pending trial.

On October 5, 2024, a D.C. Superior Court search warrant was authorized to seize DNA samples from GAINES for comparison to swabs from the firearm GAINES was believed to have tossed. Swabs from the firearm and the known buccal swab for GAINES were sent to the FBI Laboratory for testing. On January 17, 2025, the results of the DNA were obtained. The FBI laboratory noted the following:

> *Male and female DNA was obtained from item 1 [swab from firearm]. Item 1 was interpreted as originating from four individuals. The DNA results from item 1 are 25 trillion*

*times more likely if GAINES and three unknown, unrelated people are contributors than if four unknown, unrelated people are contributors.*

*[…]*

*Male and female DNA was obtained from item 2 [swab from magazine]. Item 2 was interpreted as originating from four individuals. The DNA results from item 2 are 1.1 trillion times more likely if GAINES and three unknown, unrelated people are contributors than if four unknown, unrelated people are contributors.*

A criminal history check of GAINES revealed that he has a prior felony conviction for Carrying a Pistol Without a License.  GAINES was sentenced on August 7, 2023, in D.C. Superior Court docket 2023 CF2 003187 for carrying a pistol without a license, which is a crime punishable of imprisonment for a term exceeding one year.  The plea paperwork for that case, which GAINES signed, specifically included a reference to the fact that the maximum sentence for carrying a pistol without a license is five years of imprisonment.  As a result, GAINES was aware that he had previously been convicted of a crime punishable by more than one year at the time of this offense.

There are no firearm and ammunition manufacturers inside of the District of Columbia and therefore the firearm and ammunition traveled in interstate commerce.

_____
Detective Marcus Talley D2-1724
Metropolitan Police Department

SWORN AND SUBSCRIBED BEFORE ME BY TELEPHONE ON THE 23RD DAY OF JANUARY, 2025.

_____
G. Michael Harvey
United States Magistrate Judge
For the District of Columbia